IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CARLOS WAYNE TOOMBS,

    Plaintiff,

v.                                                       2:22-CV-185-Z-BR

TDCJ RECORDS KEEPER FOR THE
INMATE TRUST FUND,

    Defendant.

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss Plaintiff Carlos Wayne Toombs' writ of mandamus. ECF No. 11. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**, and the claims brought by plaintiff are dismissed.

**IT IS SO ORDERED**.

October 19, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE