IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CARLOS WAYNE TOOMBS,

    Plaintiff,

v.

TDCJ RECORDS KEEPER FOR THE
INMATE TRUST FUND,

    Defendant.

2:22-CV-185-Z-BR

## JUDGMENT

The undersigned United States District Judge has entered an order **ADOPTING** the findings, conclusions, and recommendation of the United States Magistrate Judge in this case and dismissing plaintiff's claims.

Judgment is entered accordingly.

October 19, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE